**DISMISS; and Opinion Filed March 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00772-CV

## DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant
## V.
## ARNULFO ALEMAN, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09339**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130772F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DALLAS COUNTY HOSPITAL
DISTRICT D/B/A PARKLAND HEALTH
AND HOSPITAL SYSTEM, Appellant

No. 05-13-00772-CV        V.

ARNULFO ALEMAN, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-09339.
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Evans participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Pursuant to the parties' agreement, we **ORDER** that each party shall bear its own costs of this appeal.

Judgment entered this 26th day of March, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

–2–